In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-02-511 CR


NO. 09-02-512 CR


NO. 09-02-513 CR


____________________



MICHAEL RAYMOND MINTON, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A 020091-R, A 020097-R and A 020103-R






MEMORANDUM OPINION (1)


 On April 2, 2003, the State of Texas filed motions to dismiss for lack of jurisdiction
the appeals of Michael Raymond Minton. On April 2, 2003, Minton filed motions to abate
the appeals and to remand the appeals to the trial court for further proceedings. The
appellant did not amend his notices of appeal to comply with the requirements of Tex. R.
App. P. 25.2(b)(3). The trial court denied the appellant's request for permission to appeal.

 The Court finds that the notices of appeal filed by the appellant did not invoke this
Court's appellate jurisdiction. See White v. State, 61 S.W.3d 424, 428-29 (Tex. Crim.
App. 2001). Accordingly, the appellant's motions to abate are DENIED, the State's
motions to dismiss are GRANTED and the appeals are dismissed for lack of jurisdiction.

 APPEALS DISMISSED. 

 PER CURIAM


Opinion Delivered April 17, 2003 

Do Not Publish


Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.